UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | CRIMINAL NO: **13CR303** |
|---|---|---|
| v. | § | |
| MINH QUANG HOANG NGUYEN - 4 | § | |

## ORDER FOR ISSUANCE OF NOTICE

A  **CRIMINAL INDICTMENT**  has been filed against the defendant who is

☐ Released on Condition  ☐ Detained  ☑ In Custody    It is

ORDERED that a notice be issued for the appearance of said defendant **June 7, 2013**

at **2:00 P.M.**

SIGNED at Houston, Texas, on **May 29**, 20**13**.

_____
UNITED STATES MAGISTRATE JUDGE